IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVEN DALE BYERLEY,          )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:24cv193-MHT
                              )               (WO)
KAY IVEY and ALABAMA          )
DEPARTMENT OF CORRECTIONS,    )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner, filed this lawsuit complaining of being subjected to unsafe, overcrowded conditions of confinement at Kilby Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2024.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**