IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVEN DALE BYERLEY,         )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:24cv193-MHT
                             )             (WO)
KAY IVEY and ALABAMA         )
DEPARTMENT OF CORRECTIONS,   )
                             )
    Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and follow a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 28th day of June, 2024.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE